UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD C. MAZANEC,<br><br>Defendant. | Case No. 12-cr-00543-JSW-3<br><br>**ORDER TO SHOW CAUSE** |

This matter was scheduled for a status conference on November 26, 2019. (*See* Dkt. No. 128.) Defendant's attorney, Patrick Robbins, who was provisionally appointed on November 5, 2019, failed to appear. Accordingly, Mr. Robbins is HEREBY ORDERED TO SHOW CAUSE why sanctions in the amount of $250.00 should not be imposed for his failure to appear. Mr. Robbins' response to this Order to Show Cause shall be due by no later than December 10, 2019.

**IT IS SO ORDERED.**

Dated: November 26, 2019

_____
JEFFREY S. WHITE
United States District Judge